```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
PHIL NEUMAN,                             :    21cv1670 (DLC)
                                         :
                       Plaintiff,        :         ORDER
                                         :
            -v-                          :
                                         :
GLOBAL SECURITY SOLUTIONS, INC and       :
WERNER HELLMAN,                          :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received letters of January 5, January 7, January 10, and January 12, 2022, it is hereby

ORDERED that the parties shall appear in a conference to be held telephonically **Friday, January 21, at 2:00 pm.**

IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

    Dial-in:        888-363-4749
    Access code:    4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         January 18, 2022

                                  _____
                                          DENISE COTE
                                  United States District Judge