UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
PHIL NEUMAN,                             :
                                         :
                         Plaintiff,      :    21cv1670 (DLC)
                                         :
              -v-                        :    ORDER
                                         :
GLOBAL SECURITY SOLUTIONS, INC and       :
WERNER HELLMAN,                          :
                                         :
                         Defendants.     :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

On January 27, 2022, the Court received a letter motion from the plaintiff, which the Court construes as an application to compel discovery. On January 28, the Court received the defendants' letter response. Accordingly, it is hereby

ORDERED that the application is granted to the extent that the defendants must respond to the requests for discovery attached to this Order.

SO ORDERED:

Dated:   New York, New York
         January 28, 2022

                                     _____
                                           DENISE COTE
                                     United States District Judge