UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PHIL NEUMAN, :
                    Plaintiff, :    Case No.: 1:21-cv-01670-DLC
:
    -against - :    **NOTICE OF MOTION**
:    **FOR RECONSIDERATION**
GLOBAL SECURITY SOLUTIONS, :
INC. and WERNER HELLMANN, :
:
                    Defendants. :
-------------------------------------------------------x

      PLEASE TAKE NOTICE that Plaintiff Phil Neuman hereby moves pursuant to Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.3 for reconsideration of that part of the Court's January 28, 2022 Order that denied Mr. Neuman's application to compel discovery of statements about Mr. Neuman made by Defendant Werner Hellman to persons other than Colin Conner.

      PLEASE TAKE FURTHER NOTICE that in support of this motion, Mr. Neuman submits a memorandum setting forth concisely the matters or controlling decisions which counsel believes the Court has overlooked.

Dated: January 28, 2022

*[handwritten annotation: Denied. /s/ [signature] 2/1/22]*

                                            THE GRIFFITH FIRM

                                            */s/ Edward Griffith*
                                      By: _____
                                            Edward Griffith
                                            45 Broadway, Suite 2200
                                            New York, New York 10006
                                            (646) 645-3784 (mobile)