# THE GRIFFITH FIRM

45 BROADWAY • SUITE 2200
NEW YORK, NEW YORK 10006
(212) 363-3780

DIRECT LINE: (212) 363-3784  
EMAIL: EG@THEGRIFFITHFIRM.COM

TELECOPIER: (212) 363-3790  
URL: HTTP://WWW.THEGRIFFITHFIRM.COM

March 15, 2022

> Granted. There shall be no further extension of the April 1 date.
>
> 3/15/2022
>
> *[signature]*
> DENISE COTE
> United States District Judge

**VIA ECF**
Hon. Denise Cote, U.S.D.J.
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

    Re:    *Neuman v. Global Security Solutions, Inc., et al.*, Case No. 1:21-cv-01670-DLC

Dear Judge Cote:

    I represent Plaintiff Phil Neuman, who intends to file a motion for summary judgment on liability. Pursuant to paragraph 1.E of your Individual Practices, Mr. Neuman requests a two-week extension of the current deadline for filing summary judgment motions, March 18, 2022:

    (1)    The original deadline is March 18, 2022. *See* Pre-Trial Scheduling Order [22] at ¶ 5.[1]

    (2)    No previous requests have been made to extend this deadline.

    (3)    This is therefore the first such request the Court will consider.

    (4)    Defendants Global Security Solutions and Werner Hellmann consent to this request.

    This request is necessary because I have been struggling with the painful medical condition of kidney stones since January 31, 2022. I was nevertheless able to complete party depositions on February 23, 2022. Laser surgery was successfully performed on March 8, 2022, but I was still recovering and did not return to work until this week.

---

[1] Before you were assigned to this case, a prior order directed the parties to send a joint letter by February 14, 2022 informing the Court as to whether any party intended to file a dispositive motion. *See* August 3, 2021 Case Management Plan and Scheduling Order [18] at ¶ 11. That Order, which did not set a deadline for summary judgment motions, was superseded by your November 9, 2021 Pre-Trial Scheduling Order [22] at p. 1 ("the following schedule shall govern further conduct of pretrial proceedings in this case.").

THE GRIFFITH FIRM

Hon. Denise Cote
March 15, 2022
Page 2

      This short extension will not affect any other scheduled dates except the remainder of the summary judgment briefing schedule. Accordingly, Mr. Neuman requests that the entire briefing schedule be extended by two weeks as follows:

|  | Original Due Date | Extended Due Date |
|---|---|---|
| Motion due: | March 18, 2022 | April 1, 2022 |
| Opposition due: | April 8, 2022 | April 22, 2022 |
| Reply due | April 22, 2022 | May 6, 2022 |

Thank you for considering this request.

                                       Sincerely,

                                       */s/ Edward Griffith*

                                       Edward Griffith

EG:gb
cc:     Terrence Worms, Esq.