UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHIL NEUMAN,

                      Plaintiff,

      -against-                                 21 **CIVIL** 1670 (DLC)

## **JUDGMENT**

GLOBAL SECURITY SOLUTIONS, INC. and
WERNER HELLMAN,

                      Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 1, 2022, the plaintiff's April 1, 2022 motion for partial summary judgment is denied. The defendants' April 1, 2022 motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      June 1, 2022

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                **BY:**      _K. Mango_

                                              **Deputy Clerk**